UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDRES GONZALEZ,<br><br>              Petitioner,<br><br>      v.<br><br>EDWARD J. CADEN, Warden,<br><br>              Respondent. | No. CV 04-4795-GAF (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL SECOND REPORT AND RECOMMENDATION** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final second report and recommendation, and the objections to the second report and recommendation that have been filed herein by petitioner and respondent. The Court agrees with the recommendations of the magistrate judge.

      ACCORDINGLY, IT IS ORDERED:

      1.    The final second report and recommendation is adopted.

      2.    Judgment shall be entered consistent with this order.

      3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 14, 2011

                                                        HONORABLE GARY A. FEESS<br>
                                                        UNITED STATES DISTRICT JUDGE