UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDRES GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>EDWARD J. CADEN, Warden,<br><br>　　　　　Respondent. | No. CV 04-4795-GAF (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final second report and recommendation, IT IS ADJUDGED that the amended petition in this matter is denied and dismissed with prejudice.

DATED: December 14, 2011

　　　　　　　　　　　　　　　　　　　　　_/s/ Gary Feess_
　　　　　　　　　　　　　　　　　　　　HONORABLE GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE